UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR10 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY M. HIATT and | ) | FINAL ORDER OF |
| MONICA R. HIATT, | ) | FORFEITURE |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 63).  The Court has reviewed the record in this case and finds as follows:

1.  On November 9, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the defendants' pleas of guilty to Counts I and III of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the defendants' interest in $348.00 in United States currency was forfeited to the United States.

2.  Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 5, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.61).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $348.00 in United States currency held by any person or entity, is hereby forever barred and foreclosed.

C. The $348.00 in United States currency be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 14th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court